RECEIVED
JAN 29 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

(In the) Marshall County Circuit Court (at) Lewisburg, TN 37091
(In the) United States District Court (at) Nashville, TN., 37203

James Anthony Hill
Petitioner (vs.) (Pro-Se) (Litigant)

Billy Lamb - Sheriff
Daryl Henley - Chief of Police
Kim Rice - Probation Officer
Ms. Lee-Bussart - Judge
Respondants et. al.
Lewisburg, TN. (City & County) Officials

Case No: #_____

(Et.al.) Donald John Trump - President (of)(the) United States (of) America
— Respondant —

(Et.al.) William (Bill) Lee
Governor (of the) State of Tennessee
— Respondant —

## Civil Complaint (under) the 1983 Civil Rights Act

....Comes now Petitioner, representing (self) (pro-se) thereby file this Civil Complaint, (under) the 1983 Civil Rights Act (against) (all named) Respondants, of Marshall County (at) Lewisburg, TN 37091, (for) Gross Violations, of a Black-Minority Persons, Civil and Constitutional Rights (under) color of law, by a Racist Segments of White Caucasians; in the County of Marshall (at) Lewisburg, TN 37091... Petitioner further Avers, that named Respondants, had and has (to date) perpetrated a Murderous Criminal Conspiracy, Against (I)(said)

Petitioner: James Anthony Hill (SS.No.-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), A (Medically-Disabled) Minority Black American. Petitioner further sayth that the Aforementioned Statements maded applies (to (both)) Male and Female White Caucasians (posing) as Racist and Vigilantees, in the County of Marshall (at) Lewisburg, TN. 37091.....

p. II

.....I, PETITIONER; JAMES ANTHONY HILL, further sayth, that these named RESPONDANTS, had And ⟨to date⟩ thereby ~~<ARCHITECTED>~~'s Implimented and placed into Motion, A Diabotical Scheme And Conspiratorial Conspiracy, against Myself ⟨Petitioner⟩ ⟨And⟩ the Black ⟨Minority Race of Marshall ⟨at⟩ Lewisburg, TN. 37091....

Petitioner, further states, that these named Respondants, ⟨Along with ⟨many⟩ other Racists White Caucasian·Vigilantees, ⟨has⟩ ⟨Thu⟩ Conspiratorial Tactics, ⟨for the previous four Calender years had And has: Criminally And with Criminal Intent, perpetrated on Petitioner, these Gross Civil And Constitutional Violations: (1.) Conspiracy to Commit Murder. (2.) Numerous Entrap-- Ments, Tactics ⟨with⟩ White Caucasian ⟨Males & Females⟩ (3.) White Caucasians committing PERJURY. ⟨4⟩ Human-Set·Ups, ⟨which is Inducements INTO a CRIME. ⟨5.⟩ Numerous THEFTS: of my PERSONAL ⟨Materialistic⟩ PROPERT- ⟨-ies⟩ by White Caucasians, of Marshall County ⟨at⟩ Lewisburg, TN 37091

... Petitioner, further states that the the Criminal Conspiracy is of a vast nature, whereas the President of the United States Donald John Trump and the Governor of TN. has ▮▮▮ been in Criminal Conspiracy against Petitioner, whereas The President of the U.S. did so 'concoct' all types of Inducement and Emtrapment Tactics to Emtrap Petitioner into Crimes and Criminal Elements... The President of the United States used: Kathy Ann Richards (a female associate) as an agent against me, in a Criminal Conspiracy, and in doing such sabotaged our Relationship. The President of the U.S.A. Donald John Trump, did so place a Murder Contract on Petitioner's Life, for 3 years. (to date)

p. IV

..... The President of the U.S.A. Donald John Trump, as his 3(+) years in the American Peoples Oval Office, at the White-House ⟨at⟩ 1600 Pennsylvania Ave. ⟨at⟩ Washington D.C. had ⟨and⟩ ⟨to date⟩ "Entered" into a Criminal Conspiracy ⟨against⟩ the United States of America ⟨with⟩ Communist World Leaders, ⟨including⟩ President: Vladimir V. Putin ⟨of The Federation of Russian States...⟩

Petitioner, further avers, that the United States had and ⟨to date⟩ have entered into this Diabotical "Extreme Criminal Conspiracy with Communist Leaders ⟨and⟩ Dictators ⟨for⟩ two motives.... ⟨1.⟩ For "Personal Renumerations ⟨2.⟩ To completely "Take-Away" any "Hopes of" any Hopes, of a Black and/or Minority ⟨in the⟩ American Peoples Whitehouse, "Again...⟨note⟩⟨A White concept of: White Supremacy... ⟨note⟩ ALL White Caucasians Americans, that Share this Concept, are GUILTY of: RACIAL HATRED/RACKETEERING/ ⟨Organized Crime's⟩ Bigotry/Perjury/Criminal- Conspiracy⟨ies⟩ Hate-Crimes ⟨under⟩ The 1983 Civil Rights Act, ⟨including⟩ ALL Named Individual Listed in the Marshall County ⟨at⟩ Lewisburg, TN. 37091

p. V

---

Petitioner, further stipulate, that the Elected Officials and Appointed Authority Personal figures of Marshall County (AT) Lewisburg, TN 37091, are Hiding behind a 'Cloak' of Respectability... Whereas Ustemming And from the: City and County Mayor's Offices (TO) The Sheriff's Office (TO) The Chief of Police Office (TO) The Offices of City And County Taxes (Offices) (TO) The Marshall County Probation (TO) The Courts Offices (And) Stipulating further: The Overpricing of City And County Services, in terms (of) Utility And &u, Water Bills, on a Monthly basis.

These Aforemented Statements do so Reflect the: 'Goode' Ole Boy Network of Crime, Which Entails (under) Federal Title 18 (And) ALL Federal Statures (And) Appliable Codes: Racketeering (Organized Crimes...)

The Tennessee Citizens, in the County And in the City of Lewisburg, TN. 37091, Are being Robbed, Monetartily, by: Marshall County Elected (And Appointed Officials....

p. VI

Petitioner; I - James Anthony Hill do avers that the Magnitude of such Vast Criminal Conspiracy that is perpetrated against him - (his) Civil and Constitutional Rights grossly violated (and) Conspiracy to do Grave Bodily Harm to Petitioner... He (Petitioner) I; James Anthony Hill; thereby Respectfully Petitions the Hon. - U.S. District Court to hand down a Ruling in Petitioner's favor...

Petitioner, further Sayth, That (He) is Petitioning the Court to be Compensated in Punitive Damages (in) the Amount of: $Fifty Million U.S. ($50,000,000) dollars and in Compenatory Damages Fifty Million dollars ($50,000,000) U.S. dollars....

Respectfully Submitted

## Certificate of Service

.... Comes now ⟨Pro-Se Litigant⟩ I; Petitioner James Anthony Hill ⟨S.S. No. 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⟩ Please pray, that the Hon. U.S. District Court ⟨at⟩ Nashville, TN. 37203, Accept Petitioner's Civil Complaint ⟨under⟩ the 1983 Civil Rights Act.... Thus forwarded the: 26th day ⟨of⟩ January 2020....

⟨by⟩
James Anthony Hill / Pro-Se Litigant

Respectfully Submitted:
⟨by⟩
*James Anthony Hill* ⟨S.S. No. 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⟩
JAMES ANTHONY HILL
Pro-Se Litigant

⟨dated⟩ Jan. 26, 2020

I certify, James Anthony Hill, personally appeared before me on 1-27-2020

Donna J. Roberson
EXP 07-27-2020

[STATE OF TENNESSEE NOTARY PUBLIC — Donna J. Roberson]

# TABLES OF AUTHORITY

The Civil Rights Act of 1964 (as) Amended 42 U.S.C. 2000E,
Violates Title-VII of the Civil Rights Act of 1964

Section 1001 (Title 18 USC Code)
Equal Rights (under) The Law 42 USC

28 USC · 1338 / 28 U.S.C. 2071 (and) Federal Rules
(of Civil Procedure 83) 28 U.S.C. 636 (C)

RECEIVED
in Clerk's Office
JAN 29 2020
U.S. District Court
Middle District of TN

# TABLE OF CONTENTS

- Civil Rights Complaint (under) (the) 1983 Civil Rights Act...
- Medical Documents....
- Social Security Statement (from) U.S. Social Security Admin.
- Forma Application (to) Accompany Pauperis (1983 Civil Rights Petition)

MR. JAMES ANTHONY HILL
121 · MAYBERRY STREET / P.OB. 1161
LEWISBURG, TENNESSEE
37091



RECEIVED
in Clerk's Office
JAN 29 2020
U.S. District Court
Middle District of TN

✯ OFFICE OF THE CLERK ✯
THE UNITED STATES DISTRICT COURT
800 U.S. Courthouse Bldg.
801 Broadway
Nashville, TENNESSEE
37203

First Class Mail

JAN. 25, 2020